ANDREWS, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1914.) Action by James E. Andrews against George Cohen. No opinion. Judgment stayed until the hearing and disposition of the appeals herein, which are ordered on the foot of the present calendar, on condition that the appellant stipulate to serve his briefs and be ready for argument when reached; otherwise, motion denied, with $10 costs. See, also, 148 N. Y. Supp. 1028.

A. N. STOLLWERCK & CO., Respondent, v. GEBRUDER STOLLWERCK AKTIEN GESELLSCHAFT, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by the A. N. Stollwerck & Co. against the Gebruder Stollwerck Aktien Gesellschaft. Edward H. Wilson, of New York City, for appellant. H. Aaron, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

A. PARDI TILE CO. v. GOLDSTEIN et al. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by A. Pardi Tile Company against Abraham J. Goldstein and others. J. J. Cunningham, of New York City, for appellants. J. S. Galland, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ARBING, Respondent, v. GUTCHO, Appellant, et al. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Edna Pearl Arbing against Albert Gutcho and another. No opinion. Judgment and order unanimously affirmed, with costs.

ARNHEIM, Respondent, v. LINCH, Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Louis Arnheim against George W. Linch, as receiver, etc. C. E. Chalmers, of New York City, for appellant. A. C. Kellogg, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ARONOVICI v. SALANT. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Carol Aronovici against Aaron B. Salant. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 83 Misc. Rep. 621, 146 N. Y. Supp. 527.

ASPHALT PAVING & CONTRACTING CO., Appellant, v. CITY OF NEW YORK, Respondent (two cases). (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by the Asphalt Paving & Contracting Company against the City of New York. L. L. Kellogg, of New York City, for appellant. Terence Farley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 134 N. Y. Supp. 433, 149 App. Div. 622; 134 N. Y. Supp. 442, 149 App. Div. 632.

ATKINS v. TROWBRIDGE et al. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Elizabeth J. Atkins against James A. Trowbridge and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 181.

AUDITORIUM CO. v. SAM S. SHUBERT BOOKING AGENCY. (No. 6013.) (Supreme Court, Appellate Division, First Department. June 26, 1914.) Appeal from Special Term, New York County. Action by the Auditorium Company against the Sam S. Shubert Booking Agency. From an order setting aside a verdict and ordering a new trial, on the ground that the verdict was contrary to the evidence and to the weight of the evidence, plaintiff appeals. Reversed, and verdict reinstated. Louis Sturcke, of New York City, for appellant. William Klein, of New York City, for respondent.

PER CURIAM. We think there was a question of fact for the jury as to whether this contract was made in New York, which would give the court jurisdiction; and that question having been submitted to the jury, and the jury having decided it in favor of the plaintiff, the verdict was sustained by the evidence. The order appealed from should therefore be reversed, with costs, and the verdict reinstated.

SCOTT and DOWLING, JJ., dissent.

AUGENBLICK v. ISRAEL et al. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Rose Augenblick against David Israel and another. No opinion. Motion granted, with $10 costs. Order filed.

BACHARACH v. AMERICAN UNION REALTY CO. (No. 5986.) (Supreme Court, Appellate Division, First Department. June 19, 1914.) Appeal from Appellate Term, First Department. Action by Sam Bacharach against the American Union Realty Company. From a determination of the Appellate Term, affirming an order of the City Court denying plaintiff's motion for judgment on the pleadings, plaintiff appeals. Modified and affirmed. Gustav Lange, Jr., of New York City, for appellant. Henry G. Wiley, of New York City, for respondent.

PER CURIAM. The notice of motion given by the plaintiff was for judgment on the pleadings. No motion was made by the defendant for judgment in his favor. We think the Special Term of the City Court correctly denied the plaintiff's motion for judgment on the pleadings; but, no motion having been made to sustain the demurrer, the order should have been confined to a simple denial of the plaintiff's motion, with $10 costs to the defendant. See Ventriniglia v. Eichner, 138 App. Div. 274, 122 N. Y. Supp. 966; Duff v. Queensbro Heights Land Corporation, 156 App. Div. 913, 141 N. Y. Supp. 1117. The determination appealed from, and the order of the City Court, are therefore modified as indicated, and, as so modified, affirmed, with $10 costs and disbursements of this appeal.